UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

CAROLYN W. THOMPSON,            )
                                )
    Plaintiff,                  )
                                )
v.                              )       Case No. CV408-246
                                )
LYNNE HAINES and BLUE           )
CROSS BLUE SHIELD               )
ALABAMA, d/b/a Cahaba GBA,      )
LLC,                            )
                                )
    Defendants.                 )

## REPORT AND RECOMMENDATION

Plaintiff Carolyn W. Thompson filed this Title VII case on January 8, 2009, doc. 4, but has since abandoned any effort to litigate it. She has failed, for example, to serve the defendants within the 120 days that Fed. R. Civ. P. 4(m) commands. The Court's January 14, 2009 "Instructions" Order expressly warned her of this Rule. Doc. 5 at 3. The Court therefore directed Ms. Thompson to show cause why the Court should

not dismiss her case for violating Rule 4(m). Doc. 6. She has failed to comply.

Accordingly, pursuant to the Court's inherent power to police its docket, plaintiff's case should be **DISMISSED** without prejudice for failing obey this Court's Order. Local Rule 41(b) (authorizing dismissal for neglect of any Court order); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this __3rd__ day of June, 2009.

/s/ G.R. SMITH
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**