FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2009 JUN 22 AM 9:27
CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

CAROLYN W. THOMPSON, )
)
    Plaintiff, )
)
v. ) Case No. CV408-246
)
LYNNE HAINES and BLUE )
CROSS BLUE SHIELD )
ALABAMA, d/b/a Cahaba GBA, )
LLC, )
)
    Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 12 day of June, 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA